UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: CONVERGENT OUTSOURCING, INC. TELEPHONE CONSUMER PROTECTION ACT LITIGATION | MDL No. 2478 |
| JERRY WILLIAM ROBINSON, | |
| Plaintiff, | 3:14CV1606(AWT) |
| v. | |
| CONVERGENT OUTSOURCING, INC., | |
| Defendant. | MARCH 3, 2015 |

## NOTICE OF APPEARANCE

Please enter the appearance of Assistant United States Attorney John B. Hughes for the United States.

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY

  /s/ John B. Hughes
JOHN B. HUGHES
ASSISTANT U.S. ATTORNEY
CHIEF, CIVIL DIVISION
157 CHURCH STREET-23RD FL.
NEW HAVEN, CT   06510
(203) 821-3700 FAX: (203) 773-5373
FEDERAL BAR #: ct05289
john.hughes@usdoj.gov

1

CERTIFICATE OF SERVICE

      I certify that on this March 3, 2015, a copy of the Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ John B. Hughes
JOHN B. HUGHES
CHIEF, CIVIL DIVISION